**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MIMI HUYNH,

Defendant.

Case No. 2:26-mj-00386-EJY

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Wednesday, August 12, 2026 at 4:00 p.m. be vacated and continued to November 17, 2026 at the hour of 3:30 p.m.

DATED this 21st of July 2026.

UNITED STATES MAGISTRATE JUDGE