**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MIMI HUYNH,

Defendant.

Case No. 2:26-mj-00386-EJY

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, November 17, 2026 at 3:30 p.m. be vacated and continued to Monday, January 25, 2027 at the hour of 3:00 p.m.

DATED this 17th of November 2026.

UNITED STATES MAGISTRATE JUDGE